UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                  :

IBN HANIF PATTERSON
                                        : Bankruptcy No. 14-15861SR
              Debtor(s)                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

Dated: August 30, 2017

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

TANGIE MARIE BOSTON ESQUIRE
7849 TEMPLE ROAD
PHILADELPHIA PA 19150-

IBN HANIF PATTERSON
5846 CEDARHURST STREET
PHILADELPHIA,PA.19143-