United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-15861-sr
Ibn Hanif Patterson                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Aug 31, 2017
                              Form ID: pdf900          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.
```
db            #+Ibn Hanif Patterson,   5846 Cedarhurst Street,   Philadelphia, PA 19143-3131
13352559      +CREDITORS MATRIX IBN HANIF PATTERSON,   Positive Properties Inc.,   7267 Rising Sun Avenue,
                Philadelphia, PA. 19111-3926
13352561       DSRM National Bank,   7201 Canyon Drive,   Amarillo, TX. 79110-4339
13352565     ++FOCUS RECEIVABLES MANAGEMENT LLC,   1130 NORTHCHASE PARKWAY STE 150,   MARIETTA GA 30067-6429
              (address filed with court: Focus Receivables,   1130 North Chase Pk.,   Suite 150,
                Marietta, GA. 30067)
13352560      +Phila. Municipal Court,   34 South 11th Street,   Philadelphia, PA. 19107-4912
13518580      +Positive Properties, Inc.,   7267 Rising Sun Avenue,   Philadelphia, PA 19111-3926
13446956      +Wells Fargo Card Services,   1 Home Campus,   3rd Floor,   Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Sep 01 2017 02:14:05     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2017 02:13:15
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2017 02:13:49     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13352562      +E-mail/Text: EBNProcessing@afni.com Sep 01 2017 02:13:35     AFNI,   P.O. Box 3097,
                Bloomington, IL. 61702-3097
13400623      +E-mail/Text: EBNProcessing@afni.com Sep 01 2017 02:13:35     Afni, Inc,   PO Box 3667,
                Bloomington, IL 61702-3667
13430677       E-mail/Text: bankruptcy@phila.gov Sep 01 2017 02:14:05     City of Philadelphia,
                Law Department   Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13457668      +E-mail/Text: bankruptcy@phila.gov Sep 01 2017 02:14:05
                CITY OF PHILADELPHIA, LAW DEPARTMENT   TAX UNIT,   MUNICIPAL SERVICES BUILDING,
                1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13352563      +E-mail/Text: bankruptcynotices@dcicollect.com Sep 01 2017 02:14:19     Diversified Consultants,
                P.O. Box 551268,   Jacksonville, FL. 32255-1268
13420290       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 01 2017 02:13:42     Jefferson Capital Systems LLC,
                Po Box 7999,   Saint Cloud Mn 56302-9617
13352564      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 01 2017 02:13:27     Midland Funding LLC.,
                8875 Aero Drive. Ste. 200,   San Diego, CA. 92123-2255
13352566       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 01 2017 02:17:35
                Pinnacle Credit Services,   P.O. Box 640,   Hopkins, MN. 55343-0640
                                                                                              TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Aug 31, 2017
                              Form ID: pdf900          Total Noticed: 18
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Positive Properties, Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              TANGIE MARIE BOSTON    on behalf of Debtor Ibn Hanif Patterson tangieboston@aol.com
              THOMAS I. PULEO    on behalf of Creditor   Positive Properties, Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :

IBN HANIF PATTERSON
                                                      : Bankruptcy No. 14-15861SR
        Debtor(s)                                     : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Dated: August 30, 2017**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

TANGIE MARIE BOSTON ESQUIRE
7849 TEMPLE ROAD
PHILADELPHIA PA 19150-

IBN HANIF PATTERSON
5846 CEDARHURST STREET
PHILADELPHIA,PA.19143-